31241. MATTHEWS *v.* WHITTIER MILLS COMPANY.

31242. MORRIS *v.* WHITTIER MILLS COMPANY.

31243. WILLIAMS *v.* WHITTIER MILLS COMPANY.

31284, 31285. FLYNN *v.* WHITTIER MILLS COMPANY.

31286. HELTON *v.* WHITTIER MILLS COMPANY.

31287. RAMSEY *v.* WHITTIER MILLS COMPANY.

31288. WESTBROOK *v.* WHITTIER MILLS COMPANY.

BROYLES, C. J. Each of the above-stated cases is controlled in all respects by the decision of this court rendered in *Davenport* v. *Whittier Mills Company*, ante.

*Judgment in each case affirmed. All the judges concur generally, except MacIntyre, Gardner, and Parker, JJ., who concur specially.*

DECIDED OCTOBER 15, 1946. REHEARING DENIED NOVEMBER 13, 1946.

500

*James W. Arnold, Poole, Pearce & Hall, Warren E. Hall Jr.,* for plaintiffs in error.

*James A. Branch, Thomas B. Branch Jr., Weekes & Candler,* contra.